[     ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**

   **(1) Amber Denan Minter**
      xxx-xx-6759                       **Case No. 19-24551-E**

   **(2)**

                                       **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:**    (1)    1092 Cortona Pl         (2)
                            Cordova TN 38018

**PLAN PAYMENT:**

   **DEBTOR (1)** shall pay    $831.00    ( ) weekly, ( X ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      ( ) **PAYROLL DEDUCTION** from: _____    **OR**   ( X ) **DIRECT PAY.**

   **DEBTOR (2)** shall pay    $_____    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      ( ) **PAYROLL DEDUCTION** from: _____    **OR**   ( ) **DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ( ) YES    ( X ) NO

   **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**    ( X ) YES    ( ) NO

   **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]**    ( ) YES    ( X ) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment

| | |
|---|---|
| _____ ; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |
| _____ ; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |

**5. PRIORITY CLAIMS:**                                     Value of Claim      Monthly Plan Payment

| | | |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**6. HOME MORTGAGE CLAIMS:**   ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:    Monthly Plan Payment

| Creditor | Ongoing payment begins | Arrearage | Interest | Payment |
|---|---|---|---|---|
| Freedom Mortgage | OCTOBER 2019 | | | $1,001.89 |
| Approximate arrearage: | 11,345.67 | Interest ____% | | $190.00 |
| _____ ; ongoing payment begins | _____ | | | $_____ |
| Approximate arrearage: | _____ | Interest ____% | | $_____ |

**7. SECURED CLAIMS:**                             Value of Collateral    Rate of Interest    Monthly Plan Payment
[Retain lien 11 U.S.C. §1325 (a)(5)]

| Creditor | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Inova Federal Credit Union | $18,000.00 | ____% | $355.00 |
| | | ____% | $_____ |
| | | ____% | $_____ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Conn Appliances Inc.    Collateral: Sofa
                        Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Progressive Leasing | $150.00 | % | $5.00 |
| | | % | $ |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

( ) Not provided for  **OR** ( ) General unsecured creditor
( ) Not provided for  **OR** ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $ 22,826.96 .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR**,

(X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Progressive Leasing    (X) Assumes  **OR** ( ) Rejects.
                       ( ) Assumes  **OR** ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately sixty (60) months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett    **DATE: June 12, 2019**
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389) Attorney for Debtor
2670 Union Avenue Extended, Suite 1200, Memphis, Tennessee 38112-4424
Telephone: 901-323-3200    Facsimile: 901-323-3275    Email: help@sjgarrett.com